

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2017

No. 04-16-00791-CR

Margaret L. **KNOBLAUCH,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10598
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's attorney, Connie Kelley, filed a motion to withdraw as counsel. We GRANT the motion. *See* Tex. R. App. P. 6.5.

Because appellant is now without counsel on appeal, we ABATE this appeal to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel).

We ORDER the trial court to conduct a hearing and enter findings of fact and conclusions of law on or before May 9, 2017, with respect to the following:

(1)     Is appellant indigent?

(2)     If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

We further ORDER the trial court clerk to file a supplemental clerk's record containing the trial court's findings of facts and conclusions of law on or before May 12, 2017. We also ORDER the court reporter to file a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing. After the supplemental records are filed, the appeal will be reinstated on the docket of this court.

All appellate deadlines are SUSPENDED pending further orders from this court.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court